FILED

AUG 2 2 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TANA CELESTE SHAULIS,<br><br>Defendant. | CR 13-109-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, Tana Shaulis is hereby released from the custody of the U.S. Marshal Service.

DATED this 22nd day of August, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1